UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JACOB TEREBELO,

                                    Plaintiff(s),

            -against-

GREENWOOD CREDIT UNION,

                                   Defendant(s).
----------------------------------------------------------X

**REPORT AND RECOMMENDATION**

CV 07-1983 (ADS) (WDW)

**WILLIAM D. WALL, United States Magistrate Judge:**

       On August 27, 2008, this matter was remanded to this court from the District of Massachusetts. No activity having occurred since that time, the court issued a status report order on October 5, 2010 directing plaintiff to inform the court of the present status of the case. *See* Docket Entry ("DE") [19]. By letter dated October 18, 2010, plaintiff's counsel has indicated that "the court should have entered a dismissal of the matter based upon the decision of the District Judge in Massachusetts." DE [20]. Based upon this representation, it is recommended that the case be dismissed.

## OBJECTIONS

       A copy of this Report and Recommendation is being sent to all parties by electronic filing on the date below. Any objections to this Report and Recommendation must be filed with the Clerk of the Court within 14 days. *See* 28 U.S.C. §636 (b)(1); Fed. R. Civ. P. 72; Fed. R. Civ. P. 6(a) and 6(d). Failure to file objections within this period waives the right to appeal the District Court's Order. *See Ferrer v. Woliver,* 2008 WL 4951035, at *2 (2d Cir. Nov. 20, 2008); *Beverly v. Walker,* 118 F.3d 900, 902 (2d Cir. 1997); *Savoie v. Merchants Bank,* 84 F.3d 52, 60 (2d Cir. 1996).

Dated: Central Islip, New York
          October 20, 2010

                                                              /s/ William D. Wall
                                              WILLIAM D. WALL
                                              United States Magistrate Judge